judgment is for defendants in an action in ejectment, and vacates a previous judgment in favor of plaintiff. The order grants defendants' motion to reopen the previous judgment in favor of plaintiff.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HARLEY GLASOW, an Infant, etc., Appellant, v. M. MORAN TRANSPORTATION LINES, INC., and EDWARD FISCHER, Respondents.— Judgment and order affirmed, with costs. All concur, except Dowling and McCurn, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial on the ground that the verdict is contrary to and against the weight of the evidence. (The judgment is for defendants in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

WILLIAM GLASOW, Appellant, v. M. MORAN TRANSPORTATION LINES, INC., and EDWARD FISCHER, Respondents.— Judgment and order affirmed, with costs. All concur, except Dowling and McCurn, JJ., who dissent and vote for reversal on the law and facts and for granting a new trial on the ground that the verdict is contrary to and against the weight of the evidence. (The judgment is for defendants in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

WALTER S. CADY, Respondent, v. BANK OF MANLIUS and HIRAM L. BOSTWICK, Appellants.— Judgment and order affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal on the law and facts and for granting a new trial on the grounds that the verdict is contrary to and against the weight of the evidence and that the summation of counsel for the plaintiff was prejudicial. (See *Cattano* v. *Metropolitan Street Railway Co.*, 173 N. Y. 565, 571.) (The judgment is for plaintiff in an action in conversion. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling and Harris, JJ.

In the Matter of the Application of HUGH J. NEARY, Appellant, for an Order of Mandamus against JAMES P. O'CONNOR and Others, Judges of the City Court of the City of Rochester, New York, Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order of Monroe Special Term of Supreme Court dismisses the petition in a proceeding under article 78 of the Civil Practice Act, seeking reinstatement of petitioner to the office of judge's clerk of the Criminal Branch of the Rochester City Court.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

IRVING GINSBERG, Appellant, v. BUFFALO COLUMBUS HOSPITAL, Respondent.— Judgment affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial on the authority of *Nasca* v. *St. Mary's Roman Catholic Church* (251 App. Div. 874; motion for leave to appeal denied by Court of Appeals, 275 N. Y. 652) and *Osborne* v. *Salvation Army* (107 F. [2d] 929). (The judgment dismisses the complaint in an action for damages for personal injuries sustained by reason of falling to the ground while cleaning a window in Nurses' Home owned by defendant hospital.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARY COTTRELL, as Administratrix, etc., of FRANK J. COTTRELL, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to